5 E2798 112

8-be- Lautz v Ochoa Withdrawal of Claim-kll

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

IN RE                  )     In proceedings under Chapter 13

                         )

JOHN R. OCHOA,        )     No.   10-30778

                         )

       Debtor.          )

## WITHDRAWAL OF PROOF OF CLAIM #4

NOW COMES Creditor, Dr. Jeffrey M. Lautz, DMD, by and through his attorneys, The Law Offices of LeChien & LeChien, P.C., and for its Withdrawal of Proof of Claim, filed August 2, 2010, Claim #4, states as follows:

1.     That Creditor's attorney filed a Proof of Claim on behalf of Creditor on August 2, 2010, as Claim Number 4 in bankruptcy Case Number 10-30778.

2.     That said claim was inadvertently filed in addition to Claim #1 which Dr. Jeffrey M. Lautz, DMD previously filed in this case.

3.     That Creditor wishes to withdraw Claim #4 and to retain Claim #1.

WHEREFORE, Creditor prays that this honorable Court allow Creditor to withdraw its Claim Number #4 and retain Claim #1.

                         /s/ Kara L. LeChien
                         **KARA L. LECHIEN**
                         Attorney at Law
                         The Law Offices of LeChien & LeChien, P.C.
                         120 West Main Street
                         Suite 110
                         Belleville, IL  62220
                         (618) 235-1637
                         Reg. No. 06275347

5 E2798 112          8-be- Lautz v Ochoa Withdrawal of Claim-kll

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

IN RE                              )    In proceedings under Chapter 13
                                   )
JOHN R. OCHOA,                     )    No.   10-30778
                                   )
        Debtor.                    )


## EXHIBIT SUMMARY AND CERTIFICATE OF SERVICE

The following exhibits in reference to the Withdrawal of Proof of Claim #4 filed by The Law Offices of LeChien & LeChien, P.C. are available upon request.  Movant will bring exhibits to any scheduled Court hearing on this matter.

1.    No exhibits.

                        /s/ Kara L. LeChien
                        **KARA L. LECHIEN**
                        The Law Offices of LeChien & LeChien, P.C.
                        120 West Main Street, Suite 110
                        Belleville, IL 62220-1554
                        (618) 235-1637
                        06275347

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the forgoing Withdrawal of Proof of Claim **#4** and Certificate of Service were mailed to:

Name of Person Served:    Mr. Tobias Licker, Esq.
                          1861 Sherman Drive
                          St. Charles, MO   63303

                          Mr. Russell Simon, Trustee
                          33 Bronze Pointe, Suite 110
                          Belleville, IL   62226

                          United States Trustee
                          Becker Building, Room 1100
                          401 Main Street
                          Peoria, IL 61602

Date of Service:  August 13, 2010, by regular U.S. Mail.
Name and Signature of Person Serving documents:/s/ Kara L. LeChien